RJG/bl                                                    5409-25432

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE FERGUSON, | ) | FILED: JULY 11, 2008 |
| | ) | 08CV3956 |
| Plaintiff, | ) | JUDGE KENNELLY |
| | ) | MAGISTRATE JUDGE BROWN |
| v. | ) | Federal Case No.: |
| | ) | YM |
| JOSEPH A. STELPFING, Individually, | ) | State Court Case No.: 08-L-5453 |
| and as Agent of SCHNEIDER | ) | |
| NATIONAL CARRIERS and | ) | Defendant Demands Trial by Jury |
| SCHNEIDER NATIONAL CARRIERS, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR REMOVAL

NOW COMES the defendant, SCHNEIDER NATIONAL CARRIERS, INC., a

foreign corporation, by and through its attorneys, DOWD & DOWD, LTD., petitioning this

honorable Court pursuant to the provisions of 28 U.S.C. Section 1441(a), 1446(a) and (b) for the

removal of that action originally filed in the Circuit Court of Cook County, Illinois, County

Department, Law Division, and styled *Carrie Ferguson v. Joseph A. Stelpfing and Schneider*

*National Carriers,* pending under Case No. 08-L-5453, to the United States District Court for the

Northern District of Illinois, Eastern Division.

In support of its position, the defendant states as follows:

1.    On May 16, 2008, plaintiff, CARRIE FERGUSON, an Illinois citizen, filed her

complaint in the Circuit Court of Cook County, Illinois, County Department, Law Division,

against defendants "Joseph A. Stelpfing" and this corporate defendant, Schneider National

Carriers, Inc. (A copy of plaintiff's Complaint at Law is attached hereto and incorporated herein

as "Exhibit A.") Therein, plaintiff alleges that this defendant negligently operated a tractor-

trailer, causing personal injury and property damage to the plaintiff.

2.    The motor vehicle-pedestrian incident giving rise to plaintiff's filing occurred in the City of Chicago, Cook County, Illinois, on March 27, 2008. (*See* "Exhibit A," paragraph 1.)

3.    Defendant Schneider National Carriers, Inc. was served with process in the existing Circuit Court of Cook County action, through service on its registered agent, on June 17, 2008. (A copy of the referenced Alias Summons, bearing a June 13, 2008, Cook County Circuit Clerk issuance date and a June 17, 2008 service/"received" stamp, is attached hereto and incorporated herein as "Exhibit B.")

4.    There is no record of service being effected on non-movant defendant "Joseph A. Stelpfing." (*See* the Clerk of the Circuit Court-Cook County Case Information Summary for Case Number 2008-L-005453, attached hereto as Exhibit C.")

5.    At all times relevant, plaintiff Carrie Ferguson was and remains a citizen of Illinois and a resident of the City of Chicago, Cook County, Illinois. (A copy of the applicable Illinois Traffic Crash Report identifying plaintiff's residence address is attached hereto and incorporated herein as "Exhibit D.")

6.    The defendant, Schneider National Carriers, Inc., is a Nevada corporation having its principal place of business in Green Bay, Wisconsin. (*See* "Exhibit E," a copy of the Illinois Secretary of State Corporation File Detail Report, attached hereto and incorporated herein and "Exhibit F," Affidavit of Attorney Robert J. Golden, similarly attached hereto and incorporated herein.)

7.    Based on information and belief, defendant "Joseph A. Stelpfing" is a citizen and resident of the State of Wisconsin, City of West Allis, Wisconsin, and is neither a citizen nor resident of the State of Illinois. (*See* "Exhibit F.")

8.    Plaintiff's Compliant alleges that she suffered personal injuries, medical and hospital expense, and an absence from her usual pursuits and occupation as a result of the subject

2

occurrence. Based on information and belief, following the incident referenced in plaintiff's

Complaint, plaintiff Ferguson was transported to and hospitalized at Chicago's Mount Sinai

Hospital where she remained an inpatient until May 16, 2008. In personal consultation with

plaintiff's counsel, Stephen McMullen, defense counsel was advised that plaintiff has begun and

continues an intensive physical therapy regimen in furtherance of her recuperation from

orthopedic and neurological injuries. (*See* Affidavit of Attorney Robert J. Golden, "Exhibit F"

herein.)

      9.    As this is a civil action between citizens of different states wherein the matter in

controversy exceeds the sum or value of $75,000.00, this Court has subject matter jurisdiction

pursuant to 28 U.S.C. Section 1332(a).

      10.    The undersigned has been retained to represent the corporate defendant,

Schneider National Carriers, Inc., and will represent the individual defendant if and when service

is effected on the latter.

      WHEREFORE, the defendant, Schneider National Carriers, Inc., a foreign corporation,

moves this Court in accordance with the foregoing.

                  DOWD & DOWD, LTD.

                  By: /s/Robert J. Golden
                  Attorneys for Defendant
                  Schneider National Carriers, Inc.
                  Robert J. Golden, ARDC # 6193047
                  Dowd & Dowd, Ltd.
                  617 West Fulton Street
                  Chicago, IL  60661
                  (312) 704-4400
                  (312) 795-4540 – fax
                  Email: rgolden@dowdandowd.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendant's Petition for Removal, was served upon the persons listed below by causing copies of the same to sent by United States Mail on July 11, 2008:

> Stephen J. McMullen
> Attorney for Plaintiff
> 212 West Washington, Suite 909
> Chicago, IL  60606

This 11th day of July, 2008.

> /s/Robert J. Golden
> Attorneys for Defendant
> Schneider National Carriers, Inc.
> Robert J. Golden, ARDC # 6193047
> Dowd & Dowd, Ltd.
> 617 West Fulton Street
> Chicago, IL  60661
> (312) 704-4400
> (312) 795-4540 – fax
> Email:  rgolden@dowdanddowd.com

```
08CV3956
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
YM
```

# EXHIBIT A

Attorney Code Number 11067

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CARRIE FERGUSON,                      )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )      No.
                                      )
JOSEPH A. STELPFING, Individually )
and as Agent of SCHNEIDER             )
NATIONAL CARRIERS and SCHNEIDER       )
NATIONAL CARRIERS                     )
                                      )
            Defendant.                )

COMPLAINT AT LAW

Now comes the Plaintiff, CARRIE FERGUSON, by and through her

attorney, STEPHEN J. McMULLEN, and complaining of the

Defendants, JOSEPH A. STELPFING and SCHNEIDER NATIONAL CARRIER,

alleging as follows:

1.    That on March 27, 2008, Madison Avenue was a much used

and well traveled public highway extending east and west in the

City of Chicago, County of Cook and State of Illinois.

2.    That Kenton Avenue was a side street extending north

and south which intersected Madison Avenue at a "T" intersection

on the north side of Madison in the City of Chicago, County of

Cook and State of Illinois.

3.    That traffic on Kenton southbound approaching the

intersection of Kenton and Madison was required to stop at a

clearly posted stop sign at the corner of Kenton as it

intersected with Madison Avenue.

4.    That on March 27, 2008, Plaintiff, CARRIE FERGUSON, was a pedestrian on the sidewalk on the northwest corner of Kenton and Madison at or near 4542 W. Madison, in the City of Chicago, County of Cook and State of Illinois.

5.    That on the aforesaid date, the Defendant, JOSEPH A. STELPFING was the operator of a vehicle owned by Defendant, SCHNEIDER NATIONAL CARRIERS; said motor vehicle was traveling southbound on Kenton at or near Madison, in the aforesaid City, County and State.

6.    That at all times hereto it was the duty of the Defendants to exercise ordinary care in the operation and control of their motor vehicle and to obey all traffic signals and signs posted.

7.    That in violation of this duty, the Defendants acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicles Laws of the State of Illinois.

(a)    Operated said motor vehicle without keeping a proper and sufficient lookout for pedestrians in and about the area, and more particularly, for the Plaintiff herein.

(b)    Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601.

(c)    Failed to decrease the speed of said motor vehicle so as to avoid colliding with the Plaintiff.

(d)    Made a right turn at the aforesaid intersection location without first ascertaining whether such movement could be made with reasonable safety, contrary to and in violation of the provisions of 625 ILCS 5/11-804.

(e)   Failed to take proper precautions upon observing the Plaintiff thereat, in violation of the provisions of 625 ILCS 5/11-1003.

(f)   Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301.

(g)   Failed to give audible warning with said vehicle's horn of the approach of said motor vehicle, although such warning was necessary to insure the safe operation of said motor vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601.

(h)   Failed to stop at the clearly posted stop sign on Kenton, approaching the Kenton and Madison intersection.

8.   That as a direct and proximate result of Defendants' aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from her usual pursuits and occupation for a period of time.

WHEREFORE, the Plaintiff, CARRIE FERGUSON, demands judgment against the Defendant, JOSEPH A. STELPFING, Individually and as Agent of SCHNEIDER NATIONAL CARRIERS; and SCHNEIDER NATIONAL CARRIER, in an amount IN EXCESS OF FIFTY THOUSAND DOLLARS ($50,000.00), and costs of suit.

By: _____
                    Attorneys for Plaintiff

STEPHEN J. McMULLEN
Attorney for Plaintiff
212 W. Washington, Suite 909
Chicago, Illinois 60606
(312) 357-0513
Attorney Code Number 11067

# EXHIBIT B

| 2120 – Served | 2121 – Served |
| 2220 – Not Served | 2221 – Not Served |
| 2320 – Served By Mail | 2321 – Served By Mail |
| 2420 – Served By Publication | 2421 – Served By Publication |
| SUMMONS | ALIAS – SUMMONS |

*B08048 55 JKD*
*logged – Due 7/16/08*
*CCG N001-75M-2/28/05 (43480658)*

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ LAW _____ DIVISION

RECEIVE[D]
JUN 17 2008

(Name all parties)

*CARRIE FERGUSON*

v.

*SCHNEIDER NATIONAL CARRIER*

No. *2008 - 5453*

*ALIAS*
### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room *501*, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |

| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date. **JUN 13 2008**

Atty. No. *1067*                                          WITNESS, **JUN 13 2008**

Name: *Jerome Mirales*

Atty. for: *Plaintiff*                                     DOROTHY BROWN
                                                          CLERK
Address: *212 W. Washington 909*

City/State/Zip: *Chicago IL 60606*            Date of service: _____
                                             (To be inserted by officer on copy left with defendant
Telephone: *312-357-0513*                      or other person)

Service by Facsimile Transmission will be accepted at: *N/A NOT*
                                          (Area Code)   (Facsimile Telephone Number)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
ORIGINAL - COURT FILE

# EXHIBIT C



*Dorothy Brown*

# Clerk *of the*
# Circuit Court
## *Cook County*

Case Information Summary for Case Number
2008-L-005453

Filing Date: 5/16/2008          Case Type: PERSONAL INJURY(MOTOR VEHICLE)
Division: Law Division          District: First Municipal
Ad Damnum: $50000.00          Calendar: A

### Party Information

| | |
|---|---|
| **Plaintiff(s)** | **Attorney(s)** |
| FERGUSON CARRIE | EVANS DONALD L |
| | 10540 S WESTERN AVE |
| | CHICAGO IL, 60643 |
| | (773) 233-0200 |

**Date of Service**    **Defendant(s)**          **Attorney(s)**

SCHNEIDER NATIONAL CARR

STELPFING JOSEPH A

### Case Activity

Activity Date: 5/16/2008                    Participant: FERGUSON CARRIE

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED (JURY DEMAND)

Court Fee: 549.00                    Attorney: EVANS DONALD L
Judgment Amount: 50000.00

Activity Date: 5/29/2008                    Participant: FERGUSON CARRIE

CASE MANAGEMENT CALL NOTICE MAILED

Date: 9/10/2008
Court Time: 1000

Activity Date: 6/13/2008                    Participant: FERGUSON CARRIE

## ALIAS SUMMONS ISSUED

Court Fee: 6.00                          Attorney: MCMULLEN STEPHEN J

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page

08CV3956
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
YM

# EXHIBIT D



**2834916**

49 DIAGRAM

R. D. Number
**HP 247455**

INDICATE NORTH
BY ARROW

Kenton

Madison

MPASH

50 NARRATIVE (Refer to vehicle by Unit No.)

In Summary unit 1 was siren Kenton when unit 1 made a right turn on Madison striking unit 2 who was standing on the sidewalk.

At 4540 W Madison 620 west W/B on Madison

Rt 1190 spotted unit 1 at 650 Cicero pro placed victim in to custody, unit 2 was taken to mt sinai by C.F.D. amb10 620 was taken to subury by Dr Singh unit 2 at time of Report was in critical condition at

1190, 1120, 1145, 1123, 4660, Bt5934 or siewe notifications caldwell 18310 # op command 2110, Mais McKenna notified 1340 Ht 8130

Per Bt5934 unit1 was given one citation for striking A PEDESTRIAN and given count date news affairs notified Hem

---

### COMMERCIAL VEHICLE — UNIT NO.

CARRIER NAME  S c h n e i d e r  n t l

US DOT 264184

ICOMC

**54 ID NUMBER** 105102

SOURCE
☐ Side of truck
☐ Papers
☐ Driver
☐ Log Book

None ☒
PLACARDED? ☐ Yes ☐ No

**HAZARDOUS MATERIALS:**
- HAZMAT
- MCS

TRAILER LENGTH(S) ft: Trailer 1 — 10 2, Trailer 2 — 10 2

IN CITY OF / ☐ NEAREST CITY: ____ Miles N E S W of: **CHICAGO**

---

### COMMERCIAL VEHICLE — UNIT NO.

CARRIER NAME

US DOT

ICOMC

IN CITY OF / ☐ NEAREST CITY: ____ Miles N E S W of: **CHICAGO**

---

59 HIT & RUN
WANTED DRIVER

MAU ONLY / OFFICER ASSIGNED STAR NO.

PREPARED BY - SIGNATURE

APPROVED BY - SIGNATURE

# EXHIBIT E



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | SCHNEIDER NATIONAL CARRIERS, INC. | **File Number** | 54089597 |
| **Status** | GOODSTANDING | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 12/30/1985 | **State** | NEVADA |
| **Agent Name** | MARK D MANETTI | **Agent Change Date** | 07/27/1999 |
| **Agent Street Address** | 2311 W 22ND ST STE 217 | **President Name & Address** | TODD M JADINN 3101 S PACKERLAND DR GREENBAY WI 54306 |
| **Agent City** | OAKBROOK | **Secretary Name & Address** | GAIL M MCNUTT SAME |
| **Agent Zip** | 60523 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 12/06/2007 | **For Year** | 2007 |

**Return to the Search Screen**

**Purchase Certificate of Good Standing**

**(One Certificate per Transaction)**

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**

# EXHIBIT F

RJG/bl                                                                5409-25432

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARRIE FERGUSON,                          )
                                          )
     Plaintiff,                          )
                                          )
     v.                                  )    Federal Case No.:
                                          )
JOSEPH A. STELPFING, Individually,        )    State Court Case No.:  08-L-5453
and as Agent of SCHNEIDER                 )
NATIONAL CARRIERS and                     )    Defendant Demands Trial by Jury
SCHNEIDER NATIONAL CARRIERS,              )
                                          )
     Defendant.                          )

**AFFIDAVIT OF ATTORNEY ROBERT J. GOLDEN**

    I, Robert J. Golden, having been first duly sworn, on oath deposes and states that if called at trial I would testify as follows:

    1.    I am an adult, over the age of 18 years and subject to no known legal disability;

    2.    I am an attorney, licensed to practice law within the State of Illinois and a principal in the law firm of Dowd & Dowd, Ltd.;

    3.    I have been retained by the corporate defendant herein, Schneider National Carriers, Inc., to defend its interests in that lawsuit originally filed in the Circuit Court of Cook County, County Department, Law Division, and styled *Carrie Ferguson v. Joseph A. Stelpfing, et al.,* pending under State Court Case Number 08-L-5453;

    4.    The corporate defendant herein, Schneider National Carriers, Inc., is a Nevada corporation having its principal place of business in Green Bay, Wisconsin;

    5.    I have had multiple personal and telephone conversations with plaintiff's counsel, Stephen McMullen, and have been advised that plaintiff Carrie Ferguson is a citizen of the State of Illinois;

6.    I have had numerous personal and telephone conversations with Joseph A. Stelflug, incorrectly identified in this lawsuit as "Joseph A. Stelpfing," have represented him as his counsel in an incident-related traffic prosecution;

7.    Mr. Stelflug is and was at the time of the subject accident a citizen of the State of Wisconsin, holding a Wisconsin state-issued driver's license;

8.    I have been advised by plaintiff's counsel that plaintiff Carrie Ferguson remained hospitalized until May 16, 2008, at Mount Sinai Hospital and continues to undergo an intensive physical therapy regimen in furtherance of her accident-related injuries and maladies.

FURTHER AFFIANT SAYETH NAUGHT.

Dated:  July 11, 2008.

                                                        Robert J. Golden
                                                        Attorney for Defendant Schneider
                                                        National Carriers, Inc.


Subscribed and sworn to before me
this 11th day of July, 2008.


Notary Public

OFFICIAL SEAL
**BONNIE LINDER**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-9-2010

RJG/bl                                                    5409-25432

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| CARRIE FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH A. STELPFING, Individually, | ) | Case No.: 08-L-5453 |
| and as Agent of SCHNEIDER | ) | |
| NATIONAL CARRIERS and | ) | FILED: JULY 11, 2008 |
| SCHNEIDER NATIONAL CARRIERS, | ) | 08CV3956 |
| | ) | JUDGE KENNELLY |
| Defendant. | ) | MAGISTRATE JUDGE BROWN |
| | | YM |

### NOTICE OF FILING

**TO:**    Stephen J. McMullen
212 West Washington
Suite 909
Chicago, IL  60606

**PLEASE TAKE NOTICE** that on the 11th day of July, 2008, there was filed with the Clerk of the United States District Court, Northern District, Eastern Division, Chicago, Illinois, Defendant's Petition for Removal, Appearances and Jury Demand, copies of which are hereby served upon you.

Pursuant to 28 U.S.C. Section 1441, this action has been removed from this Court to the United States District Court for the Northern District of Illinois, Eastern Division, and all further proceedings shall be before that Court.

DOWD & DOWD, LTD.

By_____
Robert J. Golden

Attorneys for Defendant
Schneider National Carriers, Inc.
Robert J. Golden
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 795-4540 – fax
Email:  rgolden@dowdanddowd.com
Atty No. 90242

## **PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendant's Petition for

Removal, Appearances and Jury Demand, were served upon the persons listed above by placing

them in the United States Mail.

This 11th day of July, 2008.

DOWD & DOWD, LTD.

By
       Robert J. Golden

Attorneys for Defendant
Schneider National Carriers, Inc.
Robert J. Golden
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 795-4540 – fax
Email:  rgolden@dowdanddowd.com
Atty No. 90242