# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Carrie Ferguson, Plaintiff, v. Joseph A. Stelpfing, individually, and as Agent of Schneider National Carriers and Schneider National Carriers, Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Schneider National Carriers, Inc.

```
FILED: JULY 11, 2008
08CV3956
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
YM
```

| NAME (Type or print) |
|---|
| Amy Lemon |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Amy Lemon |

| FIRM |
|---|
| Dowd & Dowd, Ltd. |

| STREET ADDRESS |
|---|
| 617 West Fulton Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277880 | (312) 704-4400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

RJG/bl                                                                                          5409-25432

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARRIE FERGUSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Federal Case No.: ) |
| JOSEPH A. STELPFING, Individually, and as Agent of SCHNEIDER NATIONAL CARRIERS and SCHNEIDER NATIONAL CARRIERS, | ) State Court Case No.: 08-L-5453 ) ) Defendant Demands Trial by Jury ) ) |
| Defendant. | ) |

**NOTICE OF FILING**

```
FILED: JULY 11, 2008
08CV3956
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
YM
```

**TO:**  Stephen J. McMullen
212 West Washington
Suite 909
Chicago, IL 60606

    **PLEASE TAKE NOTICE** that on the 11th day of July, 2008, there was filed with the Clerk of the United States District Court, Northern District, Eastern Division, Chicago, Illinois, Appearance of Amy Lemon, copies of which are hereby served upon you.

/s/Amy Lemon
Attorneys for Defendant
Schneider National Carriers, Inc.
Amy Lemon, ARDC # 6277880
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 795-4540 – fax
Email: alemon@dowdanddowd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Appearance of Amy Lemon was served upon the persons listed below by causing copies of the same to be sent by United States Mail on July 11, 2008:

    Stephen J. McMullen
    Attorney for Plaintiff
    212 West Washington, Suite 909
    Chicago, IL  60606

This 11th day of July, 2008.

    /s/Amy Lemon
    Attorneys for Defendant
    Schneider National Carriers, Inc.
    Amy Lemon, ARDC # 6277880
    Dowd & Dowd, Ltd.
    617 West Fulton Street
    Chicago, IL  60661
    (312) 704-4400
    (312) 795-4540 – fax
    Email: alemon@dowdanddowd.com