U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Carrie Ferguson, Plaintiff, v. Joseph A. Stelpfing, individually, and as Agent of Schneider National Carriers and Schneider National Carriers, Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Schneider National Carriers, Inc.

FILED: JULY 11, 2008
08CV3956
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
YM

| NAME (Type or print) |
|---|
| Michael G. Patrizio |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael G. Patrizio |

| FIRM |
|---|
| Dowd & Dowd, Ltd. |

| STREET ADDRESS |
|---|
| 617 West Fulton Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6188853 | (312) 704-4400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

RJG/bl                                                                              5409-25432

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARRIE FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Federal Case No.: |
| | ) |
| JOSEPH A. STELPFING, Individually, | ) State Court Case No.: 08-L-5453 |
| and as Agent of SCHNEIDER | ) |
| NATIONAL CARRIERS and | ) Defendant Demands Trial by Jury |
| SCHNEIDER NATIONAL CARRIERS, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**

FILED: JULY 11, 2008
08CV3956
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
YM

**TO:**   Stephen J. McMullen
212 West Washington
Suite 909
Chicago, IL  60606

    **PLEASE TAKE NOTICE** that on the 11th day of July, 2008, there was filed with the Clerk of the United States District Court, Northern District, Eastern Division, Chicago, Illinois, Appearance of Michael G. Patrizio, copies of which are hereby served upon you.

/s/Michael G. Patrizio
Attorneys for Defendant
Schneider National Carriers, Inc.
Michael G. Patrizio, ARDC # 6188853
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 795-4540 – fax
Email:  mpatrizio@dowdanddowd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Appearance of Michael G. Patrizio was served upon the persons listed below by causing copies of the same to be sent by United States Mail on July 11, 2008:

Stephen J. McMullen
Attorney for Plaintiff
212 West Washington, Suite 909
Chicago, IL  60606

This 11th day of July, 2008.

/s/Michael G. Patrizio
Attorneys for Defendant
Schneider National Carriers, Inc.
Michael G. Patrizio, ARDC # 6188853
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 795-4540 – fax
Email:  mpatrizio@dowdanddowd.com