RJG/bl                                                                                          5409-25432

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CARRIE FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Federal Case No.: |
| ) | |
| JOSEPH A. STELPFING, Individually, ) | State Court Case No.: 08-L-5453 |
| and as Agent of SCHNEIDER ) | |
| NATIONAL CARRIERS and ) | Defendant Demands Trial by Jury |
| SCHNEIDER NATIONAL CARRIERS, ) | |
| ) | |
| Defendant. ) | |

```
                              FILED: JULY 11, 2008
                              08CV3956
        JURY DEMAND           JUDGE KENNELLY
                              MAGISTRATE JUDGE BROWN
The undersigned demands a trial by jury.
                              YM
```

/s/Robert J. Golden
Attorneys for Defendant
Schneider National Carriers, Inc.
Robert J. Golden, ARDC # 6193047
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 795-4540 – fax
Email:  rgolden@dowdanddowd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Jury Demand, was served upon the persons listed below by causing copies of the same to be sent by United States Mail on July 11, 2008:

    Stephen J. McMullen
    Attorney for Plaintiff
    212 West Washington, Suite 909
    Chicago, IL 60606

This 11th day of July, 2008.

    /s/Robert J. Golden
    Attorneys for Defendant
    Schneider National Carriers, Inc.
    Robert J. Golden, ARDC # 6193047
    Dowd & Dowd, Ltd.
    617 West Fulton Street
    Chicago, IL 60661
    (312) 704-4400
    (312) 795-4540 – fax
    Email: rgolden@dowdanddowd.com