RJG/bl                                                                  5409-25432

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARRIE FERGUSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Federal Case No.: 08-CV-3956 ) |
| JOSEPH A. STELPFING, Individually, and as Agent of SCHNEIDER NATIONAL CARRIERS and SCHNEIDER NATIONAL CARRIERS, | ) State Court Case No.: 08-L-5453 ) ) Defendant Demands Trial by Jury ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:  Stephen J. McMullen
     Attorney for Plaintiff
     212 West Washington, Suite 909
     Chicago, IL  60606

PLEASE TAKE NOTICE that on the 12th day of August, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, in Room 2103, or, or, in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendant's Federal Rules of Civil Procedure Rule 12(b)(6) Motion to Dismiss, a copy of which is hereby served upon you.

                              /s/Robert J. Golden
                              Attorneys for Defendant
                              Schneider National Carriers, Inc.
                              Robert J. Golden, ARDC # 6193047
                              Dowd & Dowd, Ltd.
                              617 West Fulton Street
                              Chicago, IL  60661
                              (312) 704-4400
                              (312) 795-4540 – fax
                              Email:  rgolden@dowdanddowd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Petition for Removal, was served upon the persons listed below by causing copies of the same to be sent by United States Mail on July 14, 2008:

>Stephen J. McMullen
>Attorney for Plaintiff
>212 West Washington, Suite 909
>Chicago, IL  60606

This 14th day of July, 2008.

>/s/Robert J. Golden
>Attorneys for Defendant
>Schneider National Carriers, Inc.
>Robert J. Golden, ARDC # 6193047
>Dowd & Dowd, Ltd.
>617 West Fulton Street
>Chicago, IL  60661
>(312) 704-4400
>(312) 795-4540 – fax
>Email:  rgolden@dowdanddowd.com