RJG/bl                                                                                              5409-25432

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CARRIE FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Federal Case No.: 08-CV-3956 |
| | ) |
| JOSEPH A. STELPFING, Individually, | ) State Court Case No.: 08-L-5453 |
| and as Agent of SCHNEIDER | ) |
| NATIONAL CARRIERS and | ) Defendant Demands Trial by Jury |
| SCHNEIDER NATIONAL CARRIERS, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

**TO:**  Stephen J. McMullen
212 West Washington
Suite 909
Chicago, IL  60606

**PLEASE TAKE NOTICE** that on the 15th day of July, 2008, there was filed with the Clerk of the United States District Court, Northern District, Eastern Division, Chicago, Illinois, Schneider National Carriers, Inc.'s Answer to Certain Counts of Plaintiff's Complaint at Law, copies of which are hereby served upon you.

/s/Robert J. Golden
Attorneys for Defendant
Schneider National Carriers, Inc.
Robert J. Golden, ARDC # 6193047
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 795-4540 – fax
Email:  rgolden@dowdanddowd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Answer to Certain Counts of Plaintiff's Complaint at Law, was served upon the persons listed below by causing copies of the same to sent by United States Mail on July15, 2008:

> Stephen J. McMullen
> Attorney for Plaintiff
> 212 West Washington, Suite 909
> Chicago, IL 60606

This 15th day of July, 2008.

> /s/Robert J. Golden
> Attorneys for Defendant
> Schneider National Carriers, Inc.
> Robert J. Golden, ARDC # 6193047
> Dowd & Dowd, Ltd.
> 617 West Fulton Street
> Chicago, IL 60661
> (312) 704-4400
> (312) 795-4540 – fax
> Email: rgolden@dowdanddowd.com