RJG/bl                                                                          5409-25432

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE FERGUSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Federal Case No.:  08-CV-3956 |
| | ) | |
| JOSEPH A. STELPFING, Individually, | ) | State Court Case No.:  08-L-5453 |
| and as Agent of SCHNEIDER | ) | |
| NATIONAL CARRIERS and | ) | Defendant Demands Trial by Jury |
| SCHNEIDER NATIONAL CARRIERS, | ) | |
| | ) | |
| Defendant. | ) | |

## RE-NOTICE OF MOTION

TO:   Stephen J. McMullen
      Attorney for Plaintiff
      212 West Washington, Suite 909
      Chicago, IL  60606

PLEASE TAKE NOTICE that on the 12th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, in Room 2103, or, or, in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendant's Federal Rules of Civil Procedure Rule 12(b)(6) Motion to Dismiss, a copy of which has previously been served upon you.

/s/Robert J. Golden
Attorneys for Defendant
Schneider National Carriers, Inc.
Robert J. Golden, ARDC # 6193047
Dowd & Dowd, Ltd.
617 West Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 795-4540 – fax
Email:  rgolden@dowdanddowd.com

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of Defendant's Re-Notice of

Motion was served upon the persons listed below by causing copies of the same to be sent by facsimile on

August 11, 2008:

> Stephen J. McMullen
> Attorney for Plaintiff
> 212 West Washington, Suite 909
> Chicago, IL  60606
> Facsimile No.:  219.923.2449

This 11th day of August, 2008.

> /s/Robert J. Golden
> Attorneys for Defendant
> Schneider National Carriers, Inc.
> Robert J. Golden, ARDC # 6193047
> Dowd & Dowd, Ltd.
> 617 West Fulton Street
> Chicago, IL  60661
> (312) 704-4400
> (312) 795-4540 – fax
> Email:  rgolden@dowdanddowd.com