U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number:

CARRIE FERGUSON                               08 CV-3956
        v.                                    08 CV 3956
SCHNEIDER NATIONAL CARRIERS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
AUG 0 7 2008 TC
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLAINTIFF
CARRIE FERGUSON

| | |
|---|---|
| NAME (Type or print) | Stephen J. McMullen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | [signature] |
| FIRM | SAMK |
| STREET ADDRESS | 212 W. Washington Suite 909 |
| CITY/STATE/ZIP | Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 186 1263 | TELEPHONE NUMBER 312-357-0513 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |