RJG/bl                                                                                           5409-25432

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CARRIE FERGUSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Federal Case No.: 08-CV-3956 |
| | ) |
| JOSEPH A. STELPFING, Individually, | ) State Court Case No.: 08-L-5453 |
| and as Agent of SCHNEIDER | ) |
| NATIONAL CARRIERS and | ) Defendant Demands Trial by Jury |
| SCHNEIDER NATIONAL CARRIERS, | ) |
| | ) |
| Defendant. | ) |

## **AMENDED NOTICE OF MOTION**

TO:   Amika Matthews/Stephen J. McMullen
      Attorney for Plaintiff
      212 West Washington, Suite 909
      Chicago, IL  60606

   PLEASE TAKE NOTICE that on the 12th day of August, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, in Room 2103, or, or, in his absence, before any other Judge who may be sitting in his stead, and then and there present Defendant's Federal Rules of Civil Procedure Rule 12(b)(6) Motion to Dismiss, a copy of which has previously been served upon you.

                              /s/Robert J. Golden
                              Attorneys for Defendant
                              Schneider National Carriers, Inc.
                              Robert J. Golden, ARDC # 6193047
                              Dowd & Dowd, Ltd.
                              617 West Fulton Street
                              Chicago, IL  60661
                              (312) 704-4400
                              (312) 795-4540 – fax
                              Email:  rgolden@dowdanddowd.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendant's Amended Notice of Motion was served upon the persons listed below by causing copies of the same to be hand-delivered on August 12, 2008.

>Anika Matthews/Stephen J. McMullen
>Attorney for Plaintiff
>212 West Washington, Suite 909
>Chicago, IL  60606
>Facsimile No.:  219.923.2449

This 12th day of August, 2008.

>/s/Robert J. Golden
>Attorneys for Defendant
>Schneider National Carriers, Inc.
>Robert J. Golden, ARDC # 6193047
>Dowd & Dowd, Ltd.
>617 West Fulton Street
>Chicago, IL  60661
>(312) 704-4400
>(312) 795-4540 – fax
>Email:  rgolden@dowdanddowd.com