UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Carrie Ferguson
                Plaintiff,
v.                                        Case No.: 1:08–cv–03956
                                              Honorable Matthew F. Kennelly
Joseph A. Stelpfing, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Motion to dismiss is entered and continued to 8/28/2008 at 09:30 AM. Plaintiff is granted leave to file amended complaint, or respond to motion to dismiss by 8/26/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.