UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARRIE FERGUSON,            )
                            )
        Plaintiff,          )
                            )
vs.                         )   No. 08 C 3956
                            )
JOSEPH A. STELPFLUG, Individually )
and as Agent of SCHNEIDER   )   Federal District
NATIONAL CARRIERS and SCHNEIDER )   Judge Matthew Kennelly
NATIONAL CARRIERS           )
                            )
        Defendant.          )

NOTICE OF FILING

To:  Dowd and Dowd
     617 W. Fulton
     Chicago, Illinois 60611

**FILED**
AUG 2 2 2008  NF
8-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    YOU ARE HEREBY NOTIFIED that pursuant to the provisions of the Rules of Court we have on this date filed with the Clerk of the United States District Court, Northern District of Illinois, Plaintiff's First Amended Complaint at Law, copies attached hereto.

                                    Stephen J. McMullen

    Pursuant the Federal Rules of Civil Procedure, the undersigned states that he hand delivered a copy of the foregoing Document(s) to the above named attorneys on the 22 day of August 2008.

                                    Stephen J. McMullen

STEPHEN J. McMULLEN
ATTORNEYS FOR PLAINTIFF(S)
212 W. Washington, Suite 909
CHICAGO, ILLINOIS  60606
(312) 357-0513
Attorney Code Number 11067

Attorney Code Number 11067

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 2 2 2008
8-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CARRIE FERGUSON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08 C 3956 |
| JOSEPH A. STELPFLUG, Individually and as Agent of SCHNEIDER NATIONAL CARRIERS and SCHNEIDER NATIONAL CARRIERS | ) Federal District<br>) Judge Matthew Kennelly |
| Defendant. | ) |

## FIRST AMENDED COMPLAINT AT LAW

Now comes the Plaintiff, CARRIE FERGUSON, by and through her attorney, STEPHEN J. McMULLEN, and complaining of the Defendants, JOSEPH A. STELPFLUG and SCHNEIDER NATIONAL CARRIERS, alleging as follows:

1. That on March 27, 2008, Madison Avenue was a much used and well traveled public highway extending east and west in the City of Chicago, County of Cook and State of Illinois.

2. That Kenton Avenue was a side street extending north and south which intersected Madison Avenue at a "T" intersection on the north side of Madison in the City of Chicago, County of Cook and State of Illinois.

3. That traffic on Kenton southbound approaching the intersection of Kenton and Madison was required to stop at a

clearly posted stop sign at the corner of Kenton as it intersected with Madison Avenue.

4. That on March 27, 2008, Plaintiff, CARRIE FERGUSON, was a pedestrian on the sidewalk on the northwest corner of Kenton and Madison at or near 4542 W. Madison, in the City of Chicago, County of Cook and State of Illinois.

5. That on the aforesaid date, the Defendant, JOSEPH A. STELPFLUG was the operator of a vehicle owned by Defendant, SCHNEIDER NATIONAL CARRIERS; said motor vehicle was traveling southbound on Kenton at or near Madison, in the aforesaid City, County and State.

6. That at all times material herein and on March 27, 2008, the Defendant truckdriver Joseph Stelpflug was in the course of his employment for Defendant, Schneider National Carriers and at all times was an agent and servant for Schneider National Carriers.

7. That at all times hereto it was the duty of the Defendants to exercise ordinary care in the operation and control of their motor vehicle and to obey all traffic signals and signs posted.

8. That in violation of this duty, the Defendants acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicles Laws of the State of Illinois.

    (a) Operated said motor vehicle without keeping a proper and sufficient lookout for pedestrians in and about the area, and more particularly, for the Plaintiff herein.

(b) Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601.

(c) Failed to decrease the speed of said motor vehicle so as to avoid colliding with the Plaintiff.

(d) Made a right turn at the aforesaid intersection location without first ascertaining whether such movement could be made with reasonable safety, contrary to and in violation of the provisions of 625 ILCS 5/11-804.

(e) Failed to take proper precautions upon observing the Plaintiff thereat, in violation of the provisions of 625 ILCS 5/11-1003.

(f) Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301.

(g) Failed to give audible warning with said vehicle's horn of the approach of said motor vehicle, although such warning was necessary to insure the safe operation of said motor vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601.

(h) Failed to stop at the clearly posted stop sign on Kenton, approaching the Kenton and Madison intersection.

9. That as a direct and proximate result of Defendants' aforesaid careless and negligent acts and/or omissions, the Plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from her usual pursuits and occupation for a period of time.

WHEREFORE, the Plaintiff, CARRIE FERGUSON, demands judgment against the Defendant, JOSEPH A. STELPFLUG, Individually and as Agent of SCHNEIDER NATIONAL CARRIERS; and SCHNEIDER NATIONAL

CARRIER, in an amount IN EXCESS OF FIFTY THOUSAND DOLLARS ($50,000.00), and costs of suit.

By: _____
      Attorneys for Plaintiff

STEPHEN J. McMULLEN
Attorney for Plaintiff
212 W. Washington, Suite 909
Chicago, Illinois 60606
(312) 357-0513
Attorney Code Number 11067